UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 06, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILMER HARDEN,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00104-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  WILMER HARDEN ,

Case No.  2:21-cr-00104-TLN   Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

　　　_____   Release on Personal Recognizance

　　　__X__   Bail Posted in the Sum of $    100,000.00

　　　_____   Unsecured Appearance Bond $ _____

　　　_____   Appearance Bond with 10% Deposit

　　　_____   Appearance Bond with Surety

　　　_____   Corporate Surety Bail Bond

　　　_____   (Other):  The defendant release is delayed until 05/09/2022 at 9:00 to the third-party Luckrisa Jones.

Issued at Sacramento, California on May 06, 2022, at 3:30 PM.

　　　　　　　　　　　　　　　　　By:   *Allison Claire*
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire