DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Ste 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        david.fischer@fischerlawoffice.com

Attorney for Defendant
WILMER HARDEN

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00104 TLN |
| Plaintiff, | |
| v. | **WAIVER OF DEFENDANT'S PRESENCE AND ORDER** |
| WILMER HARDEN, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court before or after hearing, <u>except</u> upon arraignment, plea, trial confirmation hearing, impanelment of jury, during trial, and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

DATED: June 17, 2022                    /s/ Wilmer Harden
                                        Defendant

DATED: June 17, 2022                    /S/ David D. Fischer
                                        DAVID D. FISCHER
                                        Attorney for Defendant

(Original Signatures on File at Attorney's Office)

**IT IS SO ORDERED.**

**DATED: June 17, 2022**

                                        Troy L. Nunley
                                        United States District Judge