DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Fax:             (916) 930-6482
E-Mail:        david.fischer@fischerlawoffice.com

Attorney for Defendant
WILMER HARDEN

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILMER HARDEN,

    Defendant.

Case No.: 2:21-CR-00104 TLN

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE LOCATION MONITORING AND CURFEW CONDITIONS**

## STIPULATION

Pretrial Services no longer believes that location monitoring or a curfew are necessary special conditions of release. Pursuant to an agreement between the parties, and on the recommendation of Pretrial Services, the parties request the Court to remove special conditions of release 13 and 14.

The parties respectfully request the court to adopt this stipulation and proposed order.

- 1 -

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  September 7, 2022 | /s/ David D. Fischer<br>DAVID D. FISCHER<br>Attorney for Defendant<br>WILMER HARDEN |
| Dated:  September 7, 2022 | /s/ Aaron Pennekamp<br>AARON PENNEKAMP<br>Assistant United States Attorney<br>Counsel for Plaintiff |

**ORDER**

**IT IS SO ORDERED**

DATED:  September 7, 2022.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE