DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
WILMER HARDEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILMER HARDEN,<br><br>Defendant. | Case No.: 2:21-CR-00104 TLN<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND RELATED DEADLINES** |

### STIPULATION

The defendant entered a guilty plea pursuant to a written plea agreement on November 7, 2024. The sentencing hearing is scheduled for January 30, 2025. The defense requests to continue the sentencing hearing and the related dates to be continued as described below. The government and probation do not oppose this request, and the government stipulates that the matter should be continued.

In addition to other commitments, defense counsel for Mr. Harden, David Fischer, had a number of cases resolve close in time that have required sentencing hearing since Mr. Harden entered a guilty plea, with one case being with the US Probation officer in this case, Miranda Lewis. David Fischer represented clients in the following cases:

- 1 -

- *U.S. v. Isaiah Salgado* – Case Number 2:20-cr-00193-DJC, Sentencing January 23, 2025

- *U.S. v. Arnes Krajinic* – Case number 2:23-cr-00074-DJC, Sentencing December 19, 2024

- *U.S. v. Jose Moreno Albestrain* – Case number 2:21-cr-00188-DJC, Sentencing December 19, 2024

- *U.S. v. Gary Stuckey* – case number 2:22-cr-00153-DJC, sentencing November 11, 2024

Because of these and other cases, we were unable to schedule the probation interview before the holidays to have the probation report completed in time for the currently scheduled hearing date in this case. The defense and probation have set a probation interview for February 6, 2025, at 1:00 p.m., and the parties request the following date for sentencing and the related deadlines:

| | |
|---|---|
| Sentencing hearing: | May 1, 2025, at 9:30 a.m. |
| Reply date: | April 24, 2025 |
| Correction date: | April 17, 2025 |
| Report date: | April 10, 2025 |
| Objection date: | April 3, 2025 |
| Draft PSR due date: March | March 20, 2025 |

The parties do not anticipate moving to continue this schedule again unless either counsel is in trial or unless there is some other exceedingly good reason to move for a continuance. The parties respectfully request the court to adopt this stipulation and proposed order.

Dated: January 25, 2025                    Respectfully submitted,

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
WILMER HARDEN

| | | |
|---|---|---|
| 1 | Dated:   January 25, 2025 | MICHELE BECKWITH |
| 2 | | Acting U.S. Attorney |
| 3 | | By: /s/ Cameron Desmond |
| 4 | | CAMERON DESMOND |
| | | Assistant United States Attorney |
| 5 | | Counsel for Plaintiff |

## ORDER

**IT IS SO ORDERED.**

Dated: January 28, 2025

_____
Troy L. Nunley
Chief United States District Judge