DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
WILMER HARDEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILMER HARDEN,<br><br>　　　　　Defendant. | Case No.: 2:21-CR-00104 TLN<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND RELATED DEADLINES** |

## STIPULATION

The defendant entered a guilty plea pursuant to a written plea agreement on November 7, 2024. The sentencing hearing is scheduled for May 1, 2025. The defense requests to continue the sentencing hearing and the related dates to be continued as described below. The government and probation do not oppose this request, and the government stipulates that the matter should be continued.

The reasons for the request are as follows: Mr. Fischer expected to begin a murder trial on March 17, 2025, which was estimated to be completed by May 1, 2025, but then continued to April 28, 2025. Mr. Fischer expects to be in trial for at least 6 weeks, maybe 8. Additionally, AUSA Cameron Desmond will leave soon on maternity leave and will

- 1 -

1 not be available for this sentencing hearing until November. The USAO prefers that Ms.
2 Desmond handle this case to its conclusion.  Further, the probation interview is complete,,
3 but the draft probation report,, due March 20, 2025, is not. This is in part due to Mr. Fischer
4 alerting the probation officer that he would be in trial on May 1, 2025, and would be
5 seeking a continuance.
6     The parties and probation request the following date for sentencing and the related
7 deadlines:

| | |
|---|---|
| Sentencing hearing: | November 6, 20255 at 9:30 a.m. |
| Reply date: | October 30, 2025 |
| Correction date: | October 23, 2025 |
| Report date: | October 16, 2025 |
| Objection date: | October 9, 2025 |
| Draft PSR due date: March | September 25, 2025 |

14     The parties do not anticipate moving to continue this schedule again unless either
15 counsel is in trial or unless there is some other exceedingly good reason to move for a
16 continuance. The parties respectfully request the court to adopt this stipulation and
17 proposed order.

18 Dated: April 10, 2025   Respectfully submitted,

19
20 /s/ David D. Fischer
    DAVID D. FISCHER
21 Attorney for Defendant
    WILMER HARDEN
22

23 Dated:   April 10, 2025   MICHELE BECKWITH
24 Acting U.S. Attorney

25 By:/s/ Cameron Desmond
26 CAMERON DESMOND
    Assistant United States Attorney
27 Counsel for Plaintiff
28


**ORDER**

**IT IS SO ORDERED.**

DATED: April 14, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE